IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Ruffin, Pamela | Case Number: 08 B 19286 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 01/06/09 | Filed: 7/26/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 24, 2008
Confirmed: October 27, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,243.10 |  |
| Secured: |  | 360.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,669.32 |
| Trustee Fee: |  | 213.78 |
| Other Funds: |  | 0.00 |
| Totals: | 3,243.10 | 3,243.10 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,491.50 | 2,669.32 |
| 2. | US Bank Trust National Assoc | Secured | 0.00 | 0.00 |
| 3. | US Bank | Secured | 16,630.73 | 300.00 |
| 4. | Great American Finance Company | Secured | 1,499.61 | 60.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 315.00 | 0.00 |
| 6. | US Bank Trust National Assoc | Secured | 7,844.59 | 0.00 |
| 7. | Internal Revenue Service | Priority | 2,894.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 299.59 | 0.00 |
| 9. | Great American Finance Company | Unsecured | 301.52 | 0.00 |
| 10. | US Bank | Unsecured | 0.00 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 424.26 | 0.00 |
| 12. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 13. | CitiFinancial | Unsecured |  | No Claim Filed |
| 14. | Professional Account Management | Unsecured |  | No Claim Filed |
| 15. | HSBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,700.80 | $ 3,029.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 16.68 |
| 6.6% | 197.10 |
|  | $ 213.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ruffin, Pamela | Case Number:  08 B 19286 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/06/09 | Filed:  7/26/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

